Wilhelmina Meyer, Appellant, v. Virginius J. Mayo and Lois Dudley Waterbury, Respondents, and Another, Defendant.— The order of the Special Term should have two further conditions, as follows: Defendants should (a) give the undertaking for $500 costs (Code Civ. Proc. §§ 1326, 1352); (b) execute and deposit with the clerk of the county of Kings the conveyance of the premises directed in the interlocutory judgment (Code

Civ. Proc. § 1330). They, however, are not required to give security against waste. (*Midwood Park Co. v. Baker*, 142 App. Div. 495.) As so modified the order is affirmed, with ten dollars costs and disbursements to plaintiff. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.